

# COURT OF APPEALS
## TENTH DISTRICT OF TEXAS

January 20, 2021

No. 10-20-00303-CV

IN RE ALFRED LEE STONE

Original Proceeding

From the 12th District Court
Walker County, Texas
Trial Court No. 12-0084

# JUDGMENT

The Petition for Writ of Mandamus filed by Alfred Lee Stone has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.

A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.

**Nita Whitener, Clerk**

By: _____
Lanette Sullins, Deputy Clerk